# United States Bankruptcy Court
### District of Arizona

In re **Roxanne N Granberry**  
Debtor(s)

Case No. **2:21-bk-03572**  
Chapter **13**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Blackstone Development Group**

Address: **33 N Wilmot Rd #340**
**Tucson, AZ 85711**

**Please be advised that effective June 2, 20 21,**
**The Creditor's new mailing address is:**

Name: **Blackstone Development Group**

Address: **333 North Wilmot Road, Suite 340**
**Tucson, AZ 85711**

/s/ Thomas McAvity
**Thomas McAvity**
Authorized Signer/Title